# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

135407

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ELZABETH SMITH,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135407
COA: 281240
Oakland CC: 2006-208116-FH

On order of the Court, the application for leave to appeal the November 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk

l0326